UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRYSTAL HOWERY,

    Plaintiff,

vs.

INTERNATIONAL ASSOCIATION OF
MACHINISTS AND AEROSPACE WORKERS,

    Defendant

) Case No.: 3:14-cv-01980-WHA
)
) OBJECTION TO REPORT AND
) RECOMMENDATION FOR DISMISSAL FOR
) LACK OF PROSECUTION
)
) AND
)
) MOTION FOR EXTENSION OF TIME TO
) FILE AMENDED OBJECTION

Plaintiff Crystal Howery objects to the report and recommendation of dismissal for lack of prosecution for the following reasons:

- Plaintiff pleads mistake, inadvertence, and excusable neglect.
- Plaintiff attempted to determine who and where to serve the complaint on defendant with great difficulty.
- Although Plaintiff timely served the defendant, this event did not occur until approximately 48 hours ago. Certificate of service is has not yet been made available to the Plaintiff from the process server, despite many calls.
- Because Plaintiff had not served the defendants until well after the ADR deadlines had passed, she was under the mistaken assumption that ADR conferences, etc. could not be conducted with Plaintiff as the sole litigant.
- Plaintiff acted in good faith and not from deviousness or willfulness.
- The Defendant will suffer no prejudice if the case is not dismissed.
- Plaintiff will be severely prejudiced if her complaint were dismissed. (LEMOGE v. UNITED STATES)

Plaintiff would also appreciate an extension of time to file amended objections.

Dated this 28th day of August, 2014

*/s/ Crystal Howery*
CRYSTAL HOWERY
584 CASTRO STREET
SAN FRANCISCO, CA 94114