IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HOWERY, | |
| Plaintiff, | No. C 14-01980 WHA |
| v. | |
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| Defendant | |

On September 2, 2014, *pro se* plaintiff Crystal Howery was ordered to show cause as to whether proper service had been effected and to include a certificate showing that the summons and complaint had been properly served on defendant. Plaintiff has timely responded with such a certificate, and for good cause shown, the order to show cause is hereby **DISCHARGED**.

Plaintiff will also please note that defendant has filed a motion to dismiss today. Under Civil Local Rule 7-3, plaintiff has until September 29, 2014, to file an opposition thereto, if she chooses to do so. The hearing on the motion to dismiss is set for October 30, 2014.

**IT IS SO ORDERED.**

Dated: September 16, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE