United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRYSTAL HOWERY,

     Plaintiff,

    v.

INTERNATIONAL ASSOCIATION OF
MACHINISTS AND AEROSPACE
WORKERS,

     Defendant.

                  /

No. C 14-01980 WHA

**ORDER EXTENDING
DEADLINE FOR RESPONDING
TO MOTION TO DISMISS**

In an order dated September 16, 2014 (Dkt. No. 20), *pro se* plaintiff Crystal Howery was instructed of her deadline to oppose defendant's motion to dismiss. That deadline is today, but no opposition or other response has been received from plaintiff. Accordingly, if plaintiff chooses to oppose or otherwise respond to the motion to dismiss, that opposition or response must be received by **12 PM ON OCTOBER 6, 2014**. Failure to respond may result in this action being dismissed. Defendant may then file a reply to any such response by **12 PM ON OCTOBER 13, 2014**.

    **IT IS SO ORDERED.**

Dated: September 29, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE