HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRYSTAL HOWERY,<br><br>             Plaintiff,<br><br>     v.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS,<br><br>             Defendant. | No. 14-cv-01814 RAJ<br><br>**DECLARATION OF KRISTINA DETWILER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

I, Kristina Detwiler, declare and state as follows:

    1.    I am one of the attorneys for the International Association of Machinists and Aerospace Workers, District Lodge 751 ("Union").

    2.    In June 2013, the Plaintiff filed a Notice of Charge of Discrimination with the U.S. Equal Employment Opportunity Commission and the Washington State Human Rights Commission against the Union. Copies of these charges are attached to this declaration as Exhibit A.

    3.    Plaintiff received a right to sue letter from the EEOC on January 29, 2014. A copy of the right to sue letter is attached as Exhibit B. On the last day to timely file suit, April

---

DECLARATION OF KRISTINA DETWILER
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT   - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392

29, 2014, Plaintiff filed an Employment Discrimination Complaint against the Union in U.S. District Court for the Northern District of California.

4.  On June 19, 2015, I served Plaintiff with interrogatories and requests for production. One interrogatory asked Plaintiff whether she was pursuing a claim for violation of a Civil Rights Act other than her Title VII claims under the Civil Rights Act of 1964. Another interrogatory asked Plaintiff to identify any "other violations of the law" that she alleged the Union violated. Plaintiff did not provide answers to any of the Union's discovery requests, including these two interrogatories.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

Signed in Seattle, Washington this 20th day of August, 2015.

_____
Kristina Detwiler

DECLARATION OF KRISTINA DETWILER
IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT  - 2

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW

2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392

## CERTIFICATE OF SERVICE

1  I hereby certify that on August 20th, 2015, I electronically filed the foregoing **DECLARATION OF KRISTINA DETWILER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following:

>Crystal Howery
>584 Castro Street
>San Francisco, CA 94114
>Email: acluplaintiff@hotmail.com

>s/Kristina Detwiler
>Kristina Detwiler, WSBA No. 26448
>Robblee, Detwiler & Black, P.L.L.P.
>2101 Fourth Avenue, Suite 1000
>Seattle, Washington 98121
>Telephone: 206-467-6700
>Facsimile: 206-467-7589
>Email: kdetwiler@unionattorneysnw.com
>
>Attorneys for Defendant Union

CERTIFICATE OF SERVICE - 1

ROBBLEE DETWILER & BLACK
ATTORNEYS at LAW
============================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121-2392
206.467.6700 · 206.467.7589 facsimile