# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CRYSTAL HOWERY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS,<br><br>　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C14-1814RAJ |

_____　**Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__　**Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　　For the reasons stated in the Court's order of September 15, 2015, Judgment is entered in favor of Defendant and against Plaintiff.

　　　Dated this 15th day of September, 2015.

　　　　　　　　　　　　　　　　　　　　WILLIAM M. McCOOL,
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　　By:　_/s/ Victoria Ericksen_
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk