UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRYSTAL HOWERY<br><br>      Plaintiff,<br><br>   vs.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS,<br><br>      Defendant. | Case No.: 2:14-CV-01814-RAJ<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Crystal Howery. plaintiff in the above named action, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order(s) entered in this action on September 15, 2015.

DATED this 15th day of October, 2015.

*Crystal Howery*
Crystal Howery
Pro Se
584 Castro Street
San Francisco, CA  94114
(415) 805-8150